## WHITE *v.* THE STATE.

COBB, J. The accused having been charged with the larceny of two articles, and the evidence being insufficient to make out the offense as to one, and there being no proof of the value of the other, a new trial should have been granted.                    *Judgment reversed. All the Justices concur.*

Submitted April 21, — Decided May 10, 1904.

Accusation of larceny from the person. Before Judge Longley. City court of LaGrange. February 11, 1904.

*E. T. Moon*, for plaintiff in error.

*Henry Reeves, solicitor*, contra.